IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re:  
PAMELA MEEKS  
    Debtor(s)

CASE NO. 07-31595

CHAPTER 13

PURSUANT TO LBR 3007-1, THE COURT WILL TAKE THIS OBJECTION UNDER ADVISEMENT AND RULE, WITHOUT FURTHER NOTICE OR HEARING, UNLESS THE CLAIMANT FILES WITH THE COURT, WITH SERVICE UPON THE OBJECTING PARTY, A RESPONSE WITHIN 30 DAYS OF SERVICE OF THIS OBJECTION.

## OBJECTION TO CLAIM NO. 3 OF COMMUNITY BANK

COMES NOW the Debtor's, by and through attorney, and hereby files an Objection to the Claim number 3 of COMMUNITY BANK and as grounds for said Objection will state as follows:

1. The Creditor filed a claim in the amount of $2870.78.

2. The Debtor's dispute that they owe $2870.78 to Community Bank.

Attached is a copy of the receipt showing this amount has been paid.

WHEREFORE, the premises considered, the Debtor objects to claim number 3 of COMMUNITY BANK and requests that this Court disallow the claim.

Respectfully submitted this day: August 20, 2008.

/s/ Vonda S. McLeod  
VONDA S. MCLEOD  
Attorney for the Debtor

## DEBTOR'S VERIFICATION

I state under penalty of perjury that the foregoing facts are true and correct to the best of my knowledge and that I dispute that I owe any debts to Community Bank.

/s/ Pamela Meeks
PAMELA MEEKS

Of Counsel:

SHINBAUM, McLEOD & CAMPBELL, P.C.
P.O. Box 201
Montgomery, AL 36101
(334) 269-4440
(fax) 263-4096

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above foregoing Objection on all parties listed below by mailing a copy of the same to them on this day: August 20, 2008.

Hon. Curtis C. Reding
Trustee in Chapter 13
P.O. Box 173
Montgomery, AL 36101

COMMUNITY BANK
202 N POWELL
UNION SPRINGS, AL 36089

/s/ Vonda S. McLeod
VONDA S. MCLEOD

UNS SP 0003                                          $0.00 **Paid off**

**Transactions from 07/21/2008 to 08/05/2008**

View Transactions Since: | Last 15 days | ▼ Total Transactions This Page: 1

NOTE: Click on a column name to sort transactions by that column in ascending (∧) or descending (∨) order.

| Date ∨ | Check # | Description | Debits | Credits | Balance |
|---|---|---|---|---|---|
| 07/30/2008 | | BACKDATED RENEWAL PAYOFF | | $3,157.76 | $0.00 |
| | | Total to Principal Payment | $2,852.93 | | |
| | | Total to Interest Payment | $304.83 | | |
| | | *Totals:* | **$0.00** | ***$3,157.76*** | |

**Account Details**

More Details

**Additional Names on This Account: JANNELLE JOHNSON**