## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

In re                                            Case No. 07-31595-DHW
                                                 Chapter 13
PAMELA P. MEEKS,

        Debtor.

## ORDER ON OBJECTION TO CLAIM

The debtor filed an objection to Claim No. 3 of Community Bank stating that this claim has been paid in full.

The objection came on for hearing on September 22, 2008, at which time Community Bank stated that the codebtor paid out this account and the bank is to assign the claim to the codebtor. Accordingly, it is

ORDERED that the trustee make no further disbursement to Community Bank on Claim No. 3. The codebtor may file evidence of an assignment of Claim No. 3 and reactivate disbursement on the claim in the name of the assignee.

Done this 2 day of October, 2008.


        /s/ Dwight H. Williams, Jr.
        United States Bankruptcy Judge

c: Debtor
   Vonda S. McLeod, Attorney for Debtor
   James L. Day, Attorney for Creditor
   Curtis C. Reding, Trustee
   Jannelle Johnson, Codebtor